**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

**Chambers of**                                                                                 **U.S.Courthouse - Chambers 5D**
**Richard D. Bennett**                                                      **101 W. Lombard Street**
**United States District Judge**                                      **Baltimore, MD 21201**
**Northern Division**                                                            **Tel:  410-962-3190**
                                                                                                     **Fax: 410-962-3177**

July 7, 2021

TO COUNSEL OF RECORD

    RE:    *USA v. Tyrell Smith*
                  Criminal No. RDB-10-0392

Dear Counsel:

This will confirm the RE-Sentencing of the above-captioned Defendant has been rescheduled.  The Revised Schedule is as follows:

    **Sentencing:**                November 18, 2021  at 11:00 a.m.

Although informal in format, this letter nonetheless constitutes an Order of Court and the Clerk is directed to docket it as such.

                                          Sincerely,

                                            /s/

                                          Richard D. Bennett
                                          United States District Judge

RDB/klf#